FILED
MISSOULA, MT

2006 OCT 13 PM 12 35

PATRICK E. DUFFY

BY _____

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| BRIAN NAUMAN, | ) | CV-06-29-M-DWM |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| STATE OF MONTANA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

United States Magistrate Judge Jeremiah C. Lynch entered

Findings and Recommendation (dkt #6) in this matter on September

13, 2006. Petitioner Nauman timely objected and so is entitled

to de novo review of the record. 28 U.S.C. § 636(b)(1). The

Court agrees with Judge Lynch's Findings and Recommendation.

Petitioner is a state prisoner who is *pro se* seeking to

proceed *in forma pauperis* for a an extraordinary writ. He

already has a pending writ of habeas corpus under 28 U.S.C. §

2254 in this Court. The Parties are familiar with the procedural

and factual background so they will not be recited.

Nauman claims that pursuant to Montana contract law the

Montana Supreme Court wrongly rejected his petitions for writ of

-1-

habeas corpus. He avers that the Supreme Court failed to properly address the petitions and thereby erred under contract law.

Judge Lynch correctly determined that Nauman's petition must be denied for three reasons: 1) this Court is not an avenue for a writ of extraordinary relief; 2) because Nauman asserts a violation of Montana law, it is the Montana Supreme Court that is the ultimate authority on the issue, not the United States District Court (*Estelle v. McGuire*, 502 U.S. 62, 67-68 (1991)); and 3) the *Rooker-Feldman* doctrine precludes this Court's ability to review the Montana Supreme Court's determinations.

The Court has reviewed Nauman's objections and does not find them compelling. Judge Leif B. Erickson may have granted Nauman's petition to proceed *in forma pauperis*, but that does not imply an approval of the petition for extraordinary writ. Moreover, as set forth above there are several reasons for dismissing the petition.

Thus, based on the foregoing, IT IS HEREBY ORDERED that Judge Lynch's Findings and Recommendations (dkt #6) are adopted in full: Nauman's Petition (dkt #1) is DISMISSED; and

IT IS FURTHER ORDERED that the motion to reconsider (dkt #7), which actually is Petitioner's objections, is DENIED for the reasons set forth above.

DATED this $\underline{12}$ day of October, 2006.

Donald W. Molloy, Chief Judge
United States District Court